# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

RONALD ANDERSON,

    Plaintiff,

v.

EDWARD F. REILLY, et al.,

    Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No. 09-521 (RJL)

## ORDER

For the reasons stated in the accompanying memorandum opinion, it is hereby

ORDERED that the defendants' motion to dismiss [9] is GRANTED, and the complaint

is DISMISSED.

This is a final, appealable order. *See* Fed. R. App. P. 4.

_____
RICHARD J. LEON
United States District Judge

Date:

3/5/10